✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

File Hashes for IP Address 68.82.85.2

**ISP:** Comcast Cable
**Physical Location:** Philadelphia, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/21/2013 01:41:44 | F69E2D7F7A19D3EEB90FC1C3FD2BB6F7ADC0FCFD | Sneaking In |
| 08/06/2013 15:26:21 | 929574ED3540FD51AF15F09BD08CA1C76A0E36EE | This Really Happened |
| 06/19/2013 05:26:04 | FA40A6265A9E3D013F8DE51823644B4368C32A34 | Romantic Memories |
| 04/23/2013 22:52:51 | 1458C4172B082A9235B992F743EEFB8B319B16CF | The Sleepover |
| 02/19/2013 00:04:41 | 7C87984B4DD56921920751B5ED4E69C3DF8BDC6C | Apartment in Madrid |
| 02/02/2013 20:06:25 | 6D294471F6134D1DC8521AC5960DCD850CECD20A | Seeing Double |
| 12/03/2012 09:21:44 | 462EBE286EBA279F4A5FB9C569CCDFC4AEBCB27C | Inside Perfection |
| 11/26/2012 17:01:06 | E92C7BB85F55AF1591B7F25E56C76ED9E595A9D3 | Heart and Soul |
| 11/03/2012 14:37:22 | 533F0D9A9E6CFBA33E9BD3B0EB753473F8922DE5 | Still With Me |
| 09/05/2012 22:11:28 | E618831736A16B827DF5D93C5167A8989E864F36 | First Love |
| 07/31/2012 15:39:51 | 928F8A9DE02A830880D61CB6F25FFDF4B452780D | Transcendence |
| 06/28/2012 16:29:48 | 3C80887ED171F1D026BCA9014151A9A831BDC7A7 | Happy Couple |
| 05/01/2012 01:46:15 | 6A1DB25536E9A526C17463EF5B8949D77A3F9EE5 | Connie True Love |
| 04/25/2012 16:45:39 | 5008E8D8A71DE01B9E68F98FB8499424A85F60AE | Pure Passion |
| 03/09/2012 04:19:30 | F87705182E5524E0FA18720AE6A56F586DB42223 | Angie VIP Lounge |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

EPA187

Copyrights-In-Suit for IP Address 68.82.85.2

**ISP:** Comcast Cable
**Location:** Philadelphia, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 03/09/2012 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/19/2013 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 05/01/2012 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/05/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 06/28/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 11/26/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/03/2012 |
| Pure Passion | PA0001780473 | 06/03/2011 | 03/10/2012 | 04/25/2012 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 06/19/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/02/2013 |
| Sneaking In | PENDING | 08/17/2013 | 09/08/2013 | 08/21/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/03/2012 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 04/23/2013 |
| This Really Happened | PENDING | 08/03/2013 | 09/01/2013 | 08/06/2013 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 07/31/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  15**

EXHIBIT B

EPA187